(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Committee, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**First Avenue** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**41-0958604, Minnesota Tax ID:  7479668** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29 North Seventh Street<br>Minnepolis, MN  55402** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Hennepin** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 216 Loop Station<br>Minneapolis, MN  55402** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **29 North Seventh Street<br>Minneapolis, MN  55403** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)           ☐ Railroad<br>☑ Corporation          ☐ Stockbroker<br>☐ Partnership           ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☑ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business          ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3. |

| **Statistical/Administrative Information**  (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **The Committee, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed:　**NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>　**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**Not Applicable**
Signature of Debtor

X　**Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X　**/s/ Nauni Jo Manty**
Signature of Attorney for Debtor(s)

**Nauni Jo Manty, 230352**
Printed Name of Attorney for Debtor(s) / Bar No.

**Rider Bennett, LLP**
Firm Name

**333 South Seventh Street  Suite 2000**
Address

**Minneapolis, Minnesota 55402**

**(612) 340-7951　　　　　　　　340-7900**
Telephone Number

**11/2/2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**s/ Allan Fingerhut**
Signature of Authorized Individual

**Allan Fingerhut**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**11/2/2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑　Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X　**Not Applicable**
Signature of Attorney for Debtor(s)　　　　　　　Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.

☐　No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X　**Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

# United States Bankruptcy Court
## District of Minnesota

In re: **The Committee, Inc.**
**41-0958604**
_____,
　　　　　　　　Debtor

Case No. _____

Chapter ____**7**_____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Allan Fingerhut**, declare under penalty of perjury that I am the **President** of **The Committee, Inc.,** a  Minnesota Corporation and that on **10/26/2004** the following resolution was duly adopted by the **Board of Directors** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;   Be It Therefore Resolved, that **Allan Fingerhut**, **President** of this

Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **7** voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Allan Fingerhut**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Allan Fingerhut**, **President** of this Corporation, is authorized and directed to employ **Nauni Jo Manty**, attorney and the law firm of **Rider Bennett, LLP** to represent the Corporation in such bankruptcy case."

Executed on:  **11/2/2004**_____

Signed:  **s/ Allan Fingerhut**_____
**Allan Fingerhut**
**29 North Seventh Street**
**Minneapolis, MN  55403**

**LOCAL RULE REFERENCE: 1008-1**

FORM B6A
(6/90)

In re: **The Committee, Inc.**          ,     Case No. _____

       **Debtor**                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **N/A** | | | $ 0.00 | $ 0.00 |
| | | Total ➢ | $ 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **The Committee, Inc.**                                                    .      Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash On Hand in the Cash Registers** | | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Bank Pillsbury Center Office, 220 S. 6th St., Suite 220, Minneapolis, MN 55402, (612) 642-8000, No. 116401530476** | | **900.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

FORM B6B
(10/89)

In re  **The Committee, Inc.** _____  Case No. _____

                   **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers Compensation**<br>**Alea North America Insurance Company**<br>**55 Capital Boulevard**<br>**Rocky Hill, CT 06067**<br><br>**Liquor Liability**<br>**Minnesota Liquor Liability Assigned Risk Plan**<br>**Pioneer, P.O. Box 1760**<br>**St. Paul, MN 55101**<br>**1-800-552-0013**<br><br>**Property Insurance**<br>**Penn-America Insurance Company**<br>**Penn-Star Insurance Company**<br>**420 South York Road**<br>**Hatboro, PA 19040-3949**<br>**(215) 443-3600**<br><br>**DAMF Insurance (non-profit professional liability)**<br>**United States Liability Insurance Group**<br>**190 S. Warner Road, P.O. Box 6700**<br>**Wayne, PA 19087**<br>**(810) 688-2535**<br><br>**UPAC**<br>**8245 Nieman Road, Suite 100**<br>**Lenexa, KS 66214**<br>**(913) 894-6150** | | **91,702.96** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Ticketmaster** | | **8,350.00** |

FORM B6B
(10/89)

In re **The Committee, Inc.** _____    Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **F-Troop $50,000 (approximately owes on a note)** | | **50,000.00** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License** | | **0.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Furniture and Office Equipment, Sound Equipment, Tables, Chairs, Collectibles, Bar Equipment, Cabinets, Safes, Speakers, Soundboards, Sound Systems, Black & White Photographs of Famous Artists, Coolers, 13 computers** | | **67,242.06** |
| | | **Leasehold Improvements** | | **134,313.98** |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | | | **0.00** |

FORM B6B
(10/89)

In re  **The Committee, Inc.** _____   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | | **Inventory Bottle Beer** | | **6,982.58** |
| | | **Inventory Call Liquor** | | **2,853.47** |
| | | **Inventory Coffee Bar** | | **103.55** |
| | | **Inventory Draft Beer** | | **512.00** |
| | | **Inventory Kitchen** | | **379.28** |
| | | **Inventory Retail** | | **2,201.30** |
| | | **Inventory Soda and Mix** | | **3,760.53** |
| | | **Inventory Tobacco** | | **2,686.61** |
| | | **Inventory Top Shelf Liquor** | | **12,716.87** |
| | | **Inventory Well Liquor** | | **2,639.12** |
| | | **Inventory Wine** | | **694.20** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | **First Avenue Name** | | **0.00** |

　　　　　　　　　　　　　　　　 3 　 continuation sheets attached　　　　Total ➢ 　　**$ 388,238.51**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **The Committee, Inc.**                                                      , **Case No.** _____
                        Debtor.                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                                            been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                                            than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                                            exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **NONE** | | | |

FORM B6D
(12/03)

In re: **The Committee, Inc.** _____ ,    Case No. _____

Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **VALUE** _____ | | | | | |

<u>0</u> Continuation sheets attached

| | | |
|---|---|---|
| **Subtotal** ➤ (Total of this page) | | **$0.00** |
| **Total** ➤ (Use only on last page) | | **$0.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re __**The Committee, Inc.**_____,    Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**　　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
　before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☑ **Wages, salaries, and commissions**

　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
　owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding
　the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
　11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
　petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11
　U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

　Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal,
　family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

　Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
　11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
　U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
　or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
　an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

　* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or
　after the date of adjustment.

Form B6E - Cont.
(04/04)

In re   **The Committee, Inc.**                                              ,   Case No. _____

Debtor                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **All Employees were Paid in Full Prior to filing -- no priority wage claims of individual employees** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **Allan Fingerhut 10 Saint Benard Lane Tiburon, CA  95920** | | | **Unpaid salary within the 90 days prior to filing** | | | | **10,000.00** | **10,000.00** |
| ACCOUNT NO. **Amy Williams 2631 Emerson Ave. S. Minneapolis, MN 55408** | | | **Vacation** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **Chris Olson 3531 Harriet Ave. S. Minneapolis, MN 55408** | | | **Vacation** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **Conrad Sverkerson 1024 Main St. NE Minneapolis, MN 55413** | | | **Vacation** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **Daniel J. Finn 4026 Vincent Ave. S. Minneapolis, MN 55410** | | | **Vacation** | | | | **0.00** | **0.00** |
| ACCOUNT NO. **Elizabeth K. Kennedy 2711 Ulysses St. NE Minneapolis, MN 55418** | | | **Vacation** | | | | **0.00** | **0.00** |

Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢      **$10,000.00**
(Total of this page)

Total ➢
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6E - Cont.
(04/04)

In re  **The Committee, Inc.**                                                    ,   Case No.  _____
            Debtor                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**James H. Baker**<br>**2133 Hillside Drive**<br>**Shakopee, MN 55379** | | | **Vacation** | | | | **0.00** | **0.00** |
| ACCOUNT NO.<br>**Nathan R. Kranz**<br>**2307 Pleasant Ave. S., #1**<br>**Minneapolis, MN 55404** | | | **Vacation** | | | | **0.00** | **0.00** |

Sheet no. _2_ of _2_ sheets attached to Schedule of Creditors Holding Priority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$0.00** |
| **Total** ➤<br>**(Use only on last page of the completed Schedule E.)** | **$10,000.00** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **The Committee, Inc.** _____.    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adrenaline Productions** <br> **1823 Edgewood Avenue South** <br> **Minneapolis, MN 55426** | | | **Agency - Contracts with Various Musicians** | | | | 0.00 |
| ACCOUNT NO. <br> **Aero Booking** <br> **8008 Greenwood Ave. N., #1** <br> **Seattle, WA 98103** | | | **Contracts with Various Musicians** | | | | 0.00 |
| ACCOUNT NO. <br> **Allan Fingerhut** <br> **10 Saint Bernard Lane** <br> **Tiburon, CA** | | | **Various loans to Debtor as well as unpaid salary** | | | | 215,000.00 |
| ACCOUNT NO. <br> **Allan Fingerhut** <br> **10 Saint Bernard Lane** <br> **Tiburon, CA 95920** | | | **Capital Contributions** | | | | 570,000.00 |
| ACCOUNT NO. <br> **Armor Waste Systems** <br> **3291 Terminal Drive** <br> **Eagan, MN 55121** | | | **Services** | | | | 5,016.87 |

　11　Continuation sheets attached

Subtotal ➤ 

Total ➤ 

| $790,016.87 |
|---|
| |

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.**                                              .   Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **B&W Specialty Coffee** <br> **2010 E. Hennepin Ave.** <br> **Minneapolis, MN 55413** | | | Goods | | | | 333.22 |
| ACCOUNT NO. <br><br> **Bassford & Lockhart** <br> **33 South Sixth St., Suite 3800** <br> **Minneapolis, MN 55402** | | | Services | | | | 21,072.97 |
| ACCOUNT NO. <br><br> **Bigshot Touring** <br> **580 Broadway, Suite 711** <br> **New York NY, 10012** | | | Contracts with Various Musicians | | | | 0.00 |
| ACCOUNT NO. <br><br> **Billions** <br> **833 West Chicago Avenue, Suite 101** <br> **Chicago IL, 60622** | | | Contracts with Various Musicians | | | | 0.00 |
| ACCOUNT NO. <br><br> **Brink's Incorporated** <br> **P.O. Box 92046** <br> **Chicago, IL 60675** | | | Security | | | | 794.94 |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

| | $22,201.13 |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **The Committee, Inc.**                                          .   Case No. _____

        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Carbonic Machines, Inc.** <br>**2900 Fifth Avenue South** <br>**Minneapolis, MN 55408** | | | **Services** | | | | 3,662.47 |
| ACCOUNT NO. <br><br>**CitiStreet** <br>**Two Tower Center Blvd.** <br>**P.O. Box 1063** <br>**East Brunswick, NJ 08816** | | | **Services** | | | | 115.00 |
| ACCOUNT NO. <br><br>**City of Minneapolis - Mpls. Finance** <br>**City Hall, Room 325M** <br>**350 South 5th St.** <br>**Minneapolis, MN 55415** | | | **License Fees** | | | | 2,119.54 |
| ACCOUNT NO. <br><br>**D&G Amusement** <br>**8745 136th Street Court N.** <br>**Hugo, MN 55038** | | | **Verbal Contract for use of pool tables game consoles for 50 percent of profit received** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Documetworks** <br>**151 Chesire Lane, Suite 300** <br>**Plymouth, MN 55441** | | | **Services** | | | | 1,133.90 |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$7,030.91**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.**                                                    .    Case No. _____
　　　　　　**Debtor**                                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Downtown Sound** **104 Main Street East** **New Prague, MN 55071** | | | **Verbal Contract regarding lease of sound board $700 per use** | | | | |
| ACCOUNT NO. | | | | | | | 45.00 |
| **Federal Express** **2425 Kennedy St. NE** **Minneapolis, MN 55413** | | | **Services** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Flower** **1532 North Milwaukee Avenue, #201** **Chicago IL, 60622** | | | **Contract with Various Musicians** | | | | |
| ACCOUNT NO. | | | | | | | 113.98 |
| **Francotyp - Postalia** **P.O. Box 4272** **Carol Stream, IL 60197** | | | **Services** | | | | |
| ACCOUNT NO. | | | | | | X | 507,374.61 |
| **F-Troop, LLC** **29 North Seventh Street** **Minneapolis, MN  55402** | | | **Rent, Percentage Rent, Real Estate Taxes, Late fees** | | | | |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$507,533.59** | |

Form B6F - Cont.
(12/03)

In re   **The Committee, Inc.**                                                          .   Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grainger/W.W. Grainger<br>724 S. 3rd St.<br>Minneapolis, MN 55415** | | | Services | | | | 55.92 |
| ACCOUNT NO.<br>**Greater Mpls. Convention & Visitor<br>250 Marquette Avenue South<br>Suite 1300<br>Minneapolis, MN 55401** | | | Services | | | | 600.00 |
| ACCOUNT NO.<br>**Griggs/Cooper & Co.<br>489 N. Prior Avenue<br>St. Paul, MN 55104** | | | Services | | | | 8,105.62 |
| ACCOUNT NO.<br>**Ground Control Touring<br>181 North 11th Street<br>Suite 405<br>Brooklyn, NY 11211** | | | Contract with Various Musicians | | | | 0.00 |
| ACCOUNT NO.<br>**Highroad Touring<br>751 Bridgeway<br>Third Floor<br>Sausalito, CA 94965** | | | Contract with Various Musicians | | | | 0.00 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$8,761.54** |
| Total | |

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.**                                                      .    Case No. _____
             **Debtor**                                                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hollywood Theatre Co.**<br>**c/o Homes Management, Inc.**<br>**711 Hennepin Avenue**<br>**Minneapolis, MN  55403** | | | **Unpaid Future Rent** | | | X | 0.00 |
| ACCOUNT NO.<br><br>**Hollywood Theatre Company**<br>**c/o Homes Management Inc**<br>**711 Hennepin Avenue**<br>**Minneapolis, MN 55403** | | | **Non-residential real property lease** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Ikon Office Solutions**<br>**2740 W. 80th St.**<br>**Minneapolis, MN 55431** | | | **Services** | | | | 575.29 |
| ACCOUNT NO.<br><br>**Jam Productions**<br>**209 West Goethe Street**<br>**Chicago, IL 60610** | | | **Contract with Various Musicians** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Kinko's**<br>**P.O. Box 530257**<br>**Atlanta, GA 30353** | | | **Services** | | | | 594.62 |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal    ➤
            (Total of this page)    **$1,169.91**

                Total    ➤
  **(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.** _____ . Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LuAnn M. Petricka <br> counsel for F-Troop, LLC <br> 527 Marquette Avenue South <br> 2100 Rand Tower <br> Minneapolis, MN  55402 | | | Attorneys for F-Troop - For Notice Purposes Only | | | X | 0.00 |
| ACCOUNT NO. <br><br> Metro Sound & Lighting <br> 1731 University Avenue <br> St. Paul, MN 55104 | | | Services | | | | 1,603.55 |
| ACCOUNT NO. <br><br> Mile Hi Valet Service <br> 7903 Zenobia Street <br> Westminister, CO 80030 <br> Attn: Rob Stroup | | | Assignment of Debtor's Lease of Non-Residential Real Property | | | | 0.00 |
| ACCOUNT NO. <br><br> Minnegasco <br> PO Box 59038 <br> 800 LaSalle Avenue, Floor 11 <br> Minneapolis, MN 55459 <br> Attn: Pat Dobbins | | | Gas | | | | 450.19 |
| ACCOUNT NO. <br><br> Mongrel Music <br> 743 Center Boulevard <br> Faifax, CA 94930 | | | Contract with Various Musicians | | | | 0.00 |

Sheet no. _6_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➤
(Total of this page)

**$2,053.74**

Total   ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.**                                                    . Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Monteray Peninsula**<br>**509 Hartnell Street**<br>**Monterey, CA 93940** | | | **Contract with Various Musicians** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Moore Costello & Hart**<br>**1400 Norwest Center**<br>**55 E. 5th St.**<br>**St. Paul, MN 55101** | | | **Services** | | | | 2,585.20 |
| ACCOUNT NO. <br><br>**MPL Finance Dpt./Dpt. of Public Works**<br>**250 S. 4th St.**<br>**Minneapolis, MN 55415** | | | | | | | 1,176.36 |
| ACCOUNT NO. <br><br>**Muellerleile & Harrington**<br>**2393 Rice Street**<br>**St. Paul, MN 55113** | | | **Services** | | | | 2,989.37 |
| ACCOUNT NO. <br><br>**Northland Chemical/Green Tree**<br>**11380 250th St. E.**<br>**Lakeville, MN 55044** | | | **Services** | | | | 153.50 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

$6,904.43

Total ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.** _____.   Case No. _____

Debtor                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **P.J.K., Inc.** <br> **Attn: Peter Kramer** <br> **1778 Onacrest Curve** <br> **Maplewood, MN 55117** | | | Services | | | | 500.00 |
| ACCOUNT NO. <br><br> **Paychex, Inc.** <br> **1210 Northland Drive, Suite 100** <br> **Mendota Heights, MN 55120** | | | Services | | | | 401.90 |
| ACCOUNT NO. <br><br> **Phillips Wine & Spirits** <br> **2285 University Ave.** <br> **St. Paul, MN 55114** | | | Goods | | | | 2,455.60 |
| ACCOUNT NO. <br><br> **Qwest/Touch America** <br> **4650 Lakehurst Court** <br> **Dublin, OH 43016** | | | Services | | | | 925.71 |
| ACCOUNT NO. <br><br> **Rose Presents** <br> **18 North Fourth Street** <br> **Suite 704** <br> **Minneapolis, MN 55401** | | | Contract with Various Musicians | | | | 0.00 |

Sheet no. _8_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$4,283.21**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **The Committee, Inc.**                                              .    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 142.51 |
| **Sprint PCS** **Sprint World Headquarters** **6200 Sprint Parkway** **Overland Park, KS 66251** | | | **Services** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Stephen H. Nelson Land Company, Inc.** **7656 128th Street West** **Apple Valley, MN 55124** **Attn: Stephen H. Nelson** | | | **Sublease with Debtor** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Sue McLean and Associates** **761 Washington Avenue North** **Minneapolis, MN 55401** | | | **Contract with Various Musicians** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **The Agency Group** **1775 Broadway, Suite 430** **New York, NY 10019** | | | **Contract with Various Musicians** | | | | |
| ACCOUNT NO. | | | | | | | 374.50 |
| **Tour Supply, Inc.** **7839 12th Ave. S.** **Bloomington, MN 55425** | | | **Services** | | | | |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | $517.01 |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **The Committee, Inc.**                                                           .  Case No. _____

 Debtor                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **U.S. Bank** <br> **220 South Sixth Street #220** <br> **Minneapolis, MN  55402** | X | | **Line of Credit** | | | | **41,000.00** |
| ACCOUNT NO. <br><br> **UnBank Limited Liability Company** <br> **10550 Wayzata Boulevard** <br> **Minnetonka, MN 55305** | | | **Partial Assignment of Debtor's lease of Non-residential Real Property** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Unknown** | | | **Unknown people who purchased pre-show tickets for the 11/3/04 concert -- approximately 185 people at 10.00 a ticket** | | | | **1,850.00** |
| ACCOUNT NO. <br><br> **US Bank Corp.** <br> **P.O. Box 6343** <br> **Fargo, ND 58125** | | | **Credit** | | | | **1,075.15** |
| ACCOUNT NO. <br><br> **Vamp Music Source** <br> **902 Franklin Avenue West, #15** <br> **Minneapolis, MN 55405** | | | **Contract with Various Musicians** | | | | **0.00** |

Sheet no. __10_ of __11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| $43,925.15 |
|---|
| |

Form B6F - Cont.
(12/03)

In re **The Committee, Inc.**                                                      .   Case No. _____
               **Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Vector Internet Services, Inc. 12 S. 6th St., Suite 630 Minneapolis, MN 55402** | | | Services | | | | 63.90 |
| ACCOUNT NO. **Warehouse District Business Assoc. 322 First Avenue North Minneapolis, MN 55401** | | | Services | | | | 250.00 |
| ACCOUNT NO. **William Morris 1325 Avenue of the Americas New York, NY 10019** | | | Contract with Various Musicians | | | | 0.00 |

Sheet no. _11_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   **$313.90**

Total ➤ **$1,394,711.39**
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **The Committee, Inc.**                                                                                    , Case No. _____

              Debtor                                                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| **Adrenaline Productions**<br>**1823 Edgewood Avenue South**<br>**Minneapolis, MN 55426** | **Agency - Contracts with Various Musicians** |
| **Aero Booking**<br>**8008 Greenwood Ave. N., #1**<br>**Seattle, WA 98103** | **Contracts with Various Musicians** |
| **Agency for Performing Arts**<br>**9200 West Sunset Boulevard #900**<br>**West Hollywood, CA  90069** | **Contracts with Various Musicians** |
| **ATM Network**<br>**19205 Easton Road**<br>**Deephaven, MN  55391** | **Cash Machines** |
| **Bigshot Touring**<br>**580 Broadway, Suite 711**<br>**New York, NY 10012** | **Contracts with Various Musicians** |
| **Billions**<br>**833 W. Chicago Ave., Suite 101**<br>**Chicago, IL 60622-5497** | **Contracts with Various Musicians** |
| **D&G Amusement**<br>**8745 136th St. Ct. N.**<br>**Hugo, MN 55038** | **Verbal Contract for use of pool tables, game consoles for 50 percent of profit received** |

Form B6G
(10/89)

In re: **The Committee, Inc.**                                                              Case No. _____

_____,

Debtor                                                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Downtown Sound**<br>**104 Main Street East**<br>**New Prague, MN 55071** | **Verbal Contract regarding lease of sound board.  $700 per use.** |
| **Flower**<br>**1532 North Milwaukee Avenue #201**<br>**Chicago, IL  60622** | **Contract with Various Musicians** |
| **F-Troop, LLC**<br>**29 North Seventh Street**<br>**Minneapolis, MN  55402** | **Lease of Non-Residential Real Property** |
| **Ground Control Touring**<br>**181 N. 11th St., Suite 405**<br>**Brooklyn, NY 11211** | **Contract with Various Musicians** |
| **Highroad Touring**<br>**751 Bridgeway, 3rd Floor**<br>**Sausalito, CA 94965** | **Contracts with Various Musicians** |
| **Hollywood Theatre Co.**<br>**c/o Homes Management, Inc.**<br>**711 Hennepin Avenue**<br>**Minneapolis, MN  55403** | **Non-residential real property lease** |
| **Jam Productions**<br>**209 W. Goethe St.**<br>**Chicago, IL 60610** | **Contracts with Various Musicians** |
| **Mile Hi Valet Service**<br>**7903 Zenobia Street**<br>**Westminister, CO  80030**<br>**Attn:  Rob Stroup** | **Assignment of Debtor's Lease of Non-Residential Real Property** |

Form B6G
(10/89)

In re: **The Committee, Inc.**                                    Case No. _____

_____
Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mongrel Music**<br>**743 Center Boulevard**<br>**Faifax, CA  94930** | **Contracts with Various Musicians** |
| **Monteray Peninsula**<br>**509 Hartnell Street**<br>**Monteray, CA  93940** | **Contracts with Various Musicians** |
| **Rose Presents**<br>**18 North Fourth St., #704**<br>**Minneapolis, MN 55401** | **Contracts with Various Musicians** |
| **Stephen H. Nelson Land Company, Inc**<br>**7656 128th Steet West**<br>**Apple Valley, MN  55124**<br>**Attn:  Stephen H. Nelson** | **Sublease with Debtor** |
| **Sue McLean and Associates**<br>**761 Washington Avenue North**<br>**Minneapolis, MN 55401** | **Contracts with Various Musicians** |
| **The Agency Group**<br>**1775 Broadway, Suite 430**<br>**New York, NY 10019** | **Contracts with Various Musicians** |
| **The Kork Agency**<br>**1501 Powell, Suite H**<br>**Emeryville, CA 94608** | **Contracts with Various Musicians** |
| **UnBank Limited Liability Company**<br>**10550 Wayzata Boulevard**<br>**Minnetonka, MN 55305** | **Partial Assignment of Debtor's lease of Non-residential Real Property** |

Form B6G
(10/89)

In re:  **The Committee, Inc.** _____,    Case No. _____

                   **Debtor**                                                                               **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Vamp Music Source**<br>**902 Franklin Avenue W., #15**<br>**Minneapolis, MN 55405** | **Contracts with Various Musicians** |
| **Various other contracts** | **With musicians/bands** |
| **William Morris**<br>**1325 Avenue of the Americas**<br>**New York, NY 10019** | **Contracts with Various Musicians** |

B6H
(6/90)

In re: **The Committee, Inc.**                                              .    Case No. _____
                    **Debtor**                                                                                 **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allan Fingerhut**<br>**10 Saint Bernard Lane**<br>**Tiburon, CA 94920** | **U.S. Bank**<br>**220 South Sixth Street #220**<br>**Minneapolis, MN  55402** |

Form B6
(6/90)

# United States Bankruptcy Court
## District of Minnesota

In re   **The Committee, Inc.**

Case No.

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 388,238.51 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 10,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 1.394.711.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules ➤ | | 27 | | | |
| Total Assets ➤ | | | $ 388,238.51 | | |
| Total Liabilities ➤ | | | | $ 1,404,711.39 | |

Official Form 6 - Cont .
(12/03)

In re: **The Committee, Inc.**                                          ,        Case No. _____
_____
       **Debtor**                                                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** _____ of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 29 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                              (Total shown on summary page plus 1.)

Date   **11/2/2004**_____         Signature:   **s/ Allan Fingerhut**_____

                                                 **Allan Fingerhut President**_____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re:                                                                                                    Case No.

**The Committee, Inc.**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re:  **The Committee, Inc.**                                        Case No. _____
**41-0958604**
                                                                       Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **3,931,941.00** | **Gross Receipts from Business** | **2002** |
| **3,022,739.00** | **Gross Receipts from Business** | **2003** |
| **2,875,529.44** | **Gross Receipts from Business Up to Date of Filing** | **2004** |

### 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

None ☐

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Christopher Clemens** | **Judgment Creditor - Payment for personal injury** | **10,000.00** | **0.00** |
| **Hollywood Theatre Co.**<br>**c/o Homes Management, Inc.**<br>**711 Hennepin Avenue**<br>**Minneapolis, MN  55403** | **Monthly lease payments** | **60,900.00** | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Rider Bennett LLP**<br>**333 South Seventh Street #2000**<br>**Minneapolis, MN 55402** | **11/1/04 - Attorneys' fees for October 2004** | **19,170.00** | **0.00** |
| **The Debtor was on COD with many of its suppliers prior to filing.** | | **Unknown** | **0.00** |
| **Various Employees of the Debtor** | **Within the 90 days prior to filing - last payment made on 11/1/04** | **40,000 on 11/1** | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Allan Fingerhut**<br>**Officer, Director, Shareholder** | **11/1/04 - Payment for Wages due for October 2004** | **5,000.00** | **215,000.00** |
| **Allan Fingerhut**<br>**100% officer, director, shareholder** | **August 2004 from repayment of loan and for wages** | **50,000.00** | **215,000.00** |
| **F-Troop & Byron Frank**<br>**1710 Middle Gulf Drive**<br>**Sanibel, FL 33957**<br>**Prior Manager and Landlord** | **Over past four years, the Debtor paid the attorneys fees of Fredrickson & Byron of $93,305.11 and Moore Costello & Hart of $6,776.05; Byron Frank received $40,000 on 12/25/03 pursuant to a settlement.** | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Developing Arts & Music Foundation (DAMF) v. The Committee, Inc.** | **Property Recovery** | | **Pending** |
| **In re: the Arbitration of 2M, Petitioner, v. The Committee, Inc., Respondent** | **Arbitration** | **Arbitrator Richard Solum of Dorsey, Whitney** | **Pending** |
| **F-Troop, LLC v. The Committee, Inc., and Allan Fingerhut**<br>**CT 04-15079** | | **Hennepin County District Court** | **Pending** |
| **The Committee, Inc. and Allan Fingerhut v. B. Tose Management, Ltd., and Byron Frank**<br>**CT 03-6494** | | **Hennepin County District Court** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **F-Troop, LLC v. The Committee, Inc.**<br>**HC 041100653** | **Unlawful Detainer** | **Hennepin County District Court** | **Pending** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.   Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Rider Bennett LLP** **333 South Seventh Street #2000** **Minneapolis, Minnesota 55402** | **November 1, 2004** | **$10,000.00** |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **ATM Network**<br>**19205 Easton Road**<br>**Deephaven, MN 55391** | **Cash Machines** | **First Avenue** |
| **D&G Amusement**<br>**8745 136th St. N.**<br>**Hugo, MN 55038** | **Pool Tables, Game Consoles** | **First Avenue** |

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|-----------------------------|
|      |                      |         |                    |                             |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

## 19.  Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **Muellerleile & Harrington, Ltd.**<br>**2393 Rice Street**<br>**Roseville, MN  55113** | **Tax Returns for 2002, 2003** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
|                  |                          |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
|                  |             |

## 20.  Inventories

None
☑

a.   List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

b.   List the name and address of the person having possession of the records of each of the two
inventories reported in a., above.

None
☑

| | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each
member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each
stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

None
☐

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Allan Fingerhut**<br>**10 Saint Benard Lane**<br>**Tiburon, CA  94920** | **President, CEO and Chairman**<br>**of the Board** | **100 percent** |
| **Rose Fingerhut**<br>**10 Saint Bernard Lane**<br>**Tiburon, CA  94920** | **Board Member** | **none** |

## 22.  Former partners, officers, directors and shareholders

None
☑

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one
year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within **one year** immediately preceding the commencement of this case.

None
☐

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| **Byron Frank**<br>**1710 Middle Gulf Drive**<br>**Sanibel, FL  33957** | **President -- But is Disputed by**<br>**TCI** | **12/25/2003** |
| **John "Jack" C. Meyers**<br>**c/0 Joseph M. Finley**<br>**Leonard Street & Deinard**<br>**380 St. Peter Street #500**<br>**St. Paul, MN  55102** | **Vice President** | **07/01/2003** |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Stephen T. McClelland**<br>c/o Joseph Finley | **Manager through 2M, Inc.** | **07/01/2003** |

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>11/2/2004</u>          Signature   **s/ Allan Fingerhut**

**Allan Fingerhut, President**
*Print Name and Title*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**Form B1, Exhibit C**
**(9/01)**

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                                                    Case No.:

      **The Committee, Inc.**                                              Chapter:    **7**

            Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**The Debtor believes that there may be asbestos in the premises due to the age of the real property.**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

**THIS SPACE IS FOR COURT USE ONLY**

Account or other number by which creditor identifies debtor:

Check here
if this claim   ☐ replaces
☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, Salaries and compensations (Fill out below)

Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)                     (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____  _____  _____  _____
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right to setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority   $ _____
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,925), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/2/2004 | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FORM B10 (Official Form 10) (04/04)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**

Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**

Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**7. Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9 Supporting Documents:**

You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**The Committee, Inc.**
**41-0958604**
_____,
                Debtor.

Case No. BKY _____

Chapter ____**7**____ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code , states that:

1.    The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.    (a) The filing fee paid by the under-signed to the clerk for the debtor(s) in this case is:                                                                $ _____**209.00**

      (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:                                                                $ _____**9,791.00**

      c) Prior to filing this statement, the debtor(s) paid to the undersigned:                                                                $ _____**10,000.00**

      (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:                                                                $ _____-  **209.00**

3.    The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.    The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.    The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  **11/2/2004**  _____

Signed:  **/s/ Nauni Jo Manty** _____

**Nauni Jo Manty**
**Bar no: 230352**
Attorney for Debtor(s)

**Rider Bennett, LLP**
**333 South Seventh Street**
**Suite 2000**
**Minneapolis, Minnesota 55402**
**(612) 340-7951**

LOCAL RULE REFERENCE: 1007-1